MILLER KORZENIK SOMMERS LLP
Louise Sommers
488 Madison Avenue  Suite 1120
New York, NY 10022
Phone (212) 752-9200
Fax    (212) 688-3996
lsommers@mkslex.com
Attorneys for FCStone LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRJYANKA YADAV, SIDHARTH YADAV, SIDHARTH AHLUWALIA AND DEEPAK SETH,<br><br>                Plaintiffs,<br>      v.<br><br>RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN, ROSETHENTHAL COLLINS GROUP LLC., UBS FINANCIAL SERVICES INC., ADLER 747, INC., SMW TRADING COMPANY INC., FC STONE LLC., CAPITAL ONE SERVICES LLC.,<br>                Defendants. | 11 cv 1500 (JK)(HP)<br><br>**ECF CASE**<br><br><br><br>**NOTICE OF APPEARANCE** |

-------------------------------------------------------------------------x

   PLEASE TAKE NOTICE, that the below named attorneys appear for Defendant FCStone LLC, and hereby request that a copy of all pleadings, notices and other papers in this proceeding be served upon them. In so appearing, Defendant FCStone LLC reserves, and does not waive, any and all defenses and objections.

Date: New York, New York          MILLER KORZENIK SOMMERS LLP
      April 20, 2011

                                  By: _/s/ Louise Sommers_____
                                        Louise Sommers

                                  488 Madison Avenue Suite 1120
                                  New York, NY 10022
                                  Phone (212) 752-9200
                                  Fax    (212) 688-3996
                                  lsommers@mkslex.com
                                  Attorneys for Defendant FCStone LLC