UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
RANVIR YADAV, VEENA YADAV,
PRIYANKA YADAV, SIDHARTH YADAV,
SURENDER AHLUWALIA AND DEEPAK
SETH

                    Plaintiffs,

v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E.
KAPLAN, ROSETHENTHAL COLLINS GROUP
LLC., UBS FINANCIAL SERVICES INC., ADLER
747, INC., SMW TRADING COMPANY INC., FC
STONE LLC., CAPITAL ONE SERVICES LLC.

                    Defendants.
-------------------------------------------------------------X

CIVIL ACTION NO. _11 CV 1500_

AFFIDAVIT OF SERVICE

DOUGLAS MACDONALD, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the _29TH_ day of _MARCH_, 20_11_, at _1035 HRS_. I served a copy of Summons with Notice annexed hereto, upon ADLER 747 Inc., the defendant(s), by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons and Complainat to ADLER 747 Inc., the defendant, at 31255 Cedar Valley Drive, Suite 213, Westlake Village, CA 91362.

4. The person served was: sex _MALE_, color of skin _WHITE_, hair color _BROWN_, approximate age _40_, approximate weight _185_, approximate height _6'0"_, other _____.

_____
[Signature]

DOUGLAS MACDONALD

[Print Name of Deponent]

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below) "Affidavit of Service"
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California
County of Ventura

Subscribed and sworn to (or affirmed) before me on this 30th day of March, 2011,
by
(1) Douglas A. MacDonald
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) N/A
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _Rosanne F. MacDonald_
           Signature of Notary Public

ROSANNE F. MACDONALD
Commission # 1897336
Notary Public - California
Ventura County
My Comm. Expires Jul 27, 2014

Place Notary Seal Above

— OPTIONAL —

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910