UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
RANVIR YADAV et al,

                            Plaintiff,                        AFFIDAVIT OF SERVICE

    -against-                                                       CASE NO.:
RAJEEV A/K/A "ROGER" PUNJ, et al,                  11CV - 1500

                            Defendant.
----------------------------------------------------------------------X
STATE OF NEW YORK  )
                       )Ss.:
COUNTY OF SUFFOLK )

       Kevin G. Maccabee being first duly sworn, deposes and says:
That deponent is not a party to this action, is over 18 years of age, and resides in New York State.
That on April 1, 2011 at approximately 11:45 A. M. deponent served the within Summons in a Civil Case and Complaint for Violations of Federal Securities Fraud (Jury Trial Demanded) bearing Index Number 11CV-1500 upon Capital One Services LLC therein named at 275 Broad Hollow Road, Melville New York 11747.

| | |
|---|---|
| Corporation XXX | By delivering a true copy of the above to front security officer (refused name) personally as the Managing Agent and/or Director and/or Corporate Officer. Deponent knew said Corporation so served to be the Corporation described in said papers as said Corporation. |
| Description XXX | Deponent describes the person served as aforesaid to best of deponent's ability at the time and circumstances of service as follows:<br>sex: m   approximate age: 60   height: 6'2"   weight: 400   color: white   hair: gray |

Sworn to before me this ____
day of April 2011

_____
Notary Public

                                                                _____
                                                                Kevin G. Maccabee

EILEEN KALMUS
NOTARY PUBLIC, State of New York
No. 01KA4837900, Suffolk County
Commission Expires January 31, 2014

                                                      FSSI
456 Medford Avenue * Patchogue * New York * 11772
                                      (631) 289 - 2525