UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RANVIR YADAV, VEENA YADAV,
PRIYANKA YADAV, SIDHARTH YADAV,
SURENDER AHLUWALIA AND DEEPAK
SETH

                Plaintiffs,

v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E.
KAPLAN, ROSETHENTHAL COLLINS GROUP
LLC., UBS FINANCIAL SERVICES INC., ADLER
747, INC., SMW TRADING COMPANY INC., FC
STONE LLC., CAPITAL ONE SERVICES LLC.

                Defendants.

---------------------------------------------------------------X

CIVIL ACTION NO. 11 CV 1500

AFFIDAVIT OF SERVICE

_Brett McCormick_, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the _23rd_ day of _March_, 20_11_, at _12:12 PM_ I served a copy of Summons with Notice annexed hereto, upon FCStone LLC, the defendant(s), by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons and Complainat to FCStone LLC, the defendant, at 2829 Westown Parkway, Suite 100, West Des Moines, IA 50266.

4. The person served was: sex _F_, color of skin _W_, hair color _Blk_, approximate age _40's_, approximate weight _125-135_, approximate height _5'2-5'4_ other _glasses_.

_____
[Signature]

_Mindy Slaybaugh / authorized to accept_

[Print Name of Deponent]