AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT |
| EFFECTED (1) BY ME: | MARK SACRIPANTI |
| TITLE: | PROCESS SERVER |

DATE: 04/04/2011 06:14PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

UBS FINANCIAL SERVICES, INC.

Place where served:

1000 HARBOR BLVD  COMPLIANCE DEPARTMENT  8TH FLOOR WEEHAWKEN NJ 07087

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MIRIAM SANTIAGO

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04/06/20 11            _____.L.S.

SIGNATURE OF MARK SACRIPANTI

04/06/11
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

| | |
|---|---|
| ATTORNEY: | ADAM J. GANA |
| PLAINTIFF: | RANVIR YADAV, VEENA YADAV, ET ALS |
| DEFENDANT: | RAJEEV A/K/A ROGER PUNJ, RICHARD E. KAPLAN |
| VENUE: | DISTRICT |
| DOCKET: | 11 CV 1500 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

RANVIR YADAV, VEENA YADAV,     CIVIL ACTION NO. _11 CV 1500__
PRIYANKA YADAV, SIDHARTH YADAV,
SURENDER AHLUWALIA AND DEEPAK
SETH

              Plaintiffs,        **AFFIDAVIT OF SERVICE**

v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E.
KAPLAN, ROSETHENTHAL COLLINS GROUP
LLC., UBS FINANCIAL SERVICES INC., ADLER
747, INC., SMW TRADING COMPANY INC., FC
STONE LLC., CAPITAL ONE SERVICES LLC.

              Defendants.
------------------------------------------------X

Mark Sacripanti, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the __4__ day of __April__, 20_11_, at __6:14 P.M.__ I served a copy of Summons with Notice annexed hereto, upon UBS Financial Services Inc., the defendant(s), by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons and Complainat to UBS Financial Services Inc., the defendant, at 1000 Harbor Blvd., 8th FL Compliance Department, Weehawken, NJ 07086. Miriam Santiago

4. The person served was sex _F_, color of skin _White_, hair color _Black_, approximate age _36-50_, approximate weight _131-160_, approximate height _5'4" 5'8"_, other _____

[Signature]

[Print Name of Deponent]