UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
RANVIR YADAV et al,

                              Plaintiff,

                                                                    AFFIDAVIT OF SERVICE
          -against-                                                 CASE NO.:
RAJEEV A/K/A "ROGER" PUNJ, et al,                  11CV - 1500

                              Defendant.
----------------------------------------------------------------------X
STATE OF NEW YORK )
                         )Ss.:
COUNTY OF SUFFOLK )

       Kevin G. Maccabee being first duly sworn, deposes and says:
That deponent is not a party to this action, is over 18 years of age, and resides in New York State.
That on March 21, 2011 at approximately 8:15 P. M. deponent served the within Summons in a Civil Case and Complaint for Violations of Federal Securities Fraud (Jury Trial Demanded) bearing Index Number 11CV-1500 upon RAJEEV A/K/A "ROGER" PUNJ therein named at 431 Commack Road, Islip, New York 11751.

| | |
|---|---|
| Suitable Age Person XXX | By delivering a true copy of the above to Kevin (son) a person of suitable age and discretion and the person that indicated they were authorized to accept service on behalf of the above named. Said premises is the above's dwelling house within the State. |
| Description XXX | Deponent describes the person served as aforesaid to best of deponent's ability at the time and circumstances of service as follows:<br>sex: M  approximate age: 20  height: 5'8"  weight: 200  color: white  hair: black<br>other: glasses |
| Mailing XXX | On March 21, 2011 I deposited in the US Mails a true copy of same properly enclosed and sealed in a plain postpaid wrapper marked "Personal and Confidential" via first class mail addressed to the above at the aforementioned address<br>431 Commack Road, Islip, New York 11751<br>the last known address of the above named and not indicating on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the person to be served. |
| Military XXX | Upon information and belief I aver that the above is not in the Military service of the United States or of the State of New York as the term is defined in either Federal or State Statutes. |

                                                                    Kevin G. Maccabee

                                                             FSSI
                      456 Medford Avenue * Patchogue * New York * 11772
                                 (631) 289 - 2525

Sworn to before me
this 23rd day of March, 2011

Laura J Lenox
Notary Public, State Of New York
Suffolk County - No. 4952323
Commission Expires June 19, 20 11