UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RANVIR YADAV, VEENA YADAV,     CIVIL ACTION NO. _11 CV 1500__
PRIYANKA YADAV, SIDHARTH YADAV,
SURENDER AHLUWALIA AND DEEPAK
SETH

          Plaintiffs,     **AFFIDAVIT OF SERVICE**

v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E.
KAPLAN, ROSETHENTHAL COLLINS GROUP
LLC., UBS FINANCIAL SERVICES INC., ADLER
747, INC., SMW TRADING COMPANY INC., FC
STONE LLC., CAPITAL ONE SERVICES LLC.

          Defendants.

-----------------------------------------------------------X

   __Karl Brown_____, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the __1st__ day of __April__, __2011__, at __10:42 AM__ I served a copy of Summons with Notice annexed hereto, upon SMW Trading Company Inc., the defendant(s), by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons and Complainat to SMW Trading Company Inc., the defendant, at 141 West Jackson Boulevard, Suite 380, Chicago, IL 60604.

4. The person served was: sex __Female__, color of skin __White__, hair color __Brown__, approximate age __35__, approximate weight __180lbs__, approximate height __5'3"__, other _____.

[Signature]

Karl Brown

[Print Name of Deponent]

OFFICIAL SEAL
BARRY A SAVAGE SR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/04/14