UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA AND DEEPAK SETH

Plaintiffs,

CIVIL ACTION NO. _11 CV 1500__

AFFIDAVIT OF SERVICE

v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN, ROSETHENTHAL COLLINS GROUP LLC., UBS FINANCIAL SERVICES INC., ADLER 747, INC., SMW TRADING COMPANY INC., FC STONE LLC., CAPITAL ONE SERVICES LLC.

Defendants.

-----------------------------------------------------------X

Karl Brown, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the ___5th___ day of ___April___, 2011__, at ___11:03 AM___ I served a copy of Summons with Notice annexed hereto, upon Rosenthal Collins Group, LLC, the defendant(s), by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons and Complainat to Rosenthal Collins Group, LLC, the defendant, at 216 W. Jackson Blvd. Ste 400  Chicago, Illinois 60606.

4. The person served was: sex__F__, color of skin__W__, hair color__Brown__, approximate age__40__, approximate weight__140lb__, approximate height__5'2"__, other_____.

[Signature]

Karl Brown

[Print Name of Deponent]

OFFICIAL SEAL
BARRY A SAVAGE SR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/04/14

4-7-2011