UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA, and DEEPAK SETH<br><br>Plaintiffs,<br><br>v.<br><br>RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN, ROSENTHAL COLLINS GROUP LLC, UBS FINANCIAL SERVICES INC., ADLER 747, INC., SMW TRADING COMPANY INC., FC STONE LLC, CAPITAL ONE SERVICES LLC,<br><br>Defendants. | 11 cv 1500 (JK)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and defendant UBS Financial Services Inc. ("UBS") that the time within which UBS must answer, move or otherwise response to plaintiffs' complaint is hereby extended from April 25, 2011 to and including May 27, 2011. No prior request for an extension of time to respond to the complaint has been made by UBS. Facsimile or scanned signatures shall be deemed originals for the purposes of this Stipulation, which may be signed in counterpart.

Dated: April 22, 2011
       New York, NY

Respectfully submitted,

**NAPOLI BERN RIPKA LLP**

By: _____
Adam J. Gana
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
agana@nbrlawfirm.com

**REED SMITH LLP**

By: _____
Seth M. Kean
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
skean@reedsmith.com

-2-

                                                         Mary Hackett
                                                         REED SMITH LLP
                                                         225 Fifth Avenue
                                                         Pittsburgh, PA 15222
                                                         (412) 288 3131
                                                         mhackett@reedsmith.com

SO ORDERED:


_____          _____
United States District Judge                                     Date