AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER YADAV, AHLUWALIA AND DEEPAK SETH;
                Plaintiffs,

v.

RAJEEV A/K/A "ROGER" PUNJ; et al.;
                Defendants.

**APPEARANCE**

Case Number: 1:11-CV-01500 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Rosenthal Collins Group, LLC

I certify that I am admitted to practice in this court.

| 4/25/2011 | *Stacie R. Hartman* |
|---|---|
| Date | Signature |

| STACIE R. HARTMAN | SH-7315 |
|---|---|
| Print Name | Bar Number |

SCHIFF HARDIN LLP, 233 S. WACKER DR., STE. 6600
Address

| CHICAGO | IL | 60606 |
|---|---|---|
| City | State | Zip Code |

| (312) 258-5607 | (312) 258-5600 |
|---|---|
| Phone Number | Fax Number |