UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER YADAV, AHLUWALIA AND DEEPAK SETH;<br><br>       Plaintiffs,<br><br>  -v-<br><br>RAJEEV A/K/A "ROGER" PUNJ; RICHARD E. KAPLAN; ROSENTHAL COLLINS GROUP, LLC.; UBS FINANCIAL SERVICES, INC.; ADLER 747, INC.; SMW TRADING COMPANY, INC.; FC STONE LLC;  and CAPITAL ONE SERVICES LLC;<br><br>       Defendants. | Case No. 1:11-CV-01500 (JGK)<br><br>Hon. John G. Koeltl |

**RULE 7.1 DISCLOSURE**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rosenthal Collins Group, LLC, by its undersigned attorneys, hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  April 25, 2011
   New York, New York      Respectfully Submitted,

                 SCHIFF HARDIN LLP


                 __*s/ Stacie R. Hartman*_____
                 Stacie R. Hartman (SH-7315)
                 shartman@schiffhardin.com
                 233 South Wacker Drive, Ste. 6600
                 Chicago, IL 60606
                 Telephone: (312) 258-5500
                 Facsimile: (312) 258-5600

                 900 Third Avenue, 23rd Floor
                 New York, New York 10022
                 Telephone: (212) 753-5000
                 Facsimile: (212) 753-5044

                 *Attorneys for Defendant Rosenthal Collins Group, LLC*