*Kubetz S.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
RANVIR YADAV, VEENA YADAV, PRIYANKA
YADAV, SIDHARTH YADAV, SURENDER      :
AHLUWALIA AND DEEPAK SETH
:
             **Plaintiffs,**
:
      v.                                    :

RAJEEV A/K/A "ROGER" PUNJ; RICHARD E.
KAPLAN; ROSENTHAL COLLINS GROUP, LLC.;   :
UBS FINANCIAL SERVICES, INC.; ADLER 747, INC.
SMW TRADING COMPANY, INC.; FC STONE LLC; :
CAPITAL ONE SERVICES LLC
:
             **Defendants.**
---------------------------------------------------------------x

**Civil Action No.:**
**1:11-CV-01500-JGK**
**Hon. John G. Koeltl**

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/11

It is hereby stipulated between undersigned counsel that the time for Defendant,

Rosenthal Collins Group, LLC to move, answer or otherwise respond to the Plaintiffs'

Complaint is hereby extended to May 27, 2011.

Dated: New York, New York
     April 22, 2011

                                Respectfully submitted,

NAPOLI BERN RIPKA LLP                  SCHIFF HARDIN LLP

By: Adam J. Gana (AG-1822)              By: Stacie R. Hartman (SH-7315)
    350 Fifth Avenue, Suite 7413               900 Third Avenue, 23rd Floor
    New York, New York 10118              New York, New York 10022
    (212) 267-3700                          (212) 753-5000
    *Attorney for Plaintiffs*                   *Attorney for Defendant*
                                    *Rosenthal Collins Group, LLC*

                                 **SO ORDERED:**

4/26/11                             **U.S.D.J.**