UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA AND DEEPAK SETH<br><br>Plaintiffs,<br><br>v.<br><br>RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN, ROSETHENTHAL COLLINS GROUP LLC., UBS FINANCIAL SERVICES INC., ADLER 747, INC., SMW TRADING COMPANY INC., FC STONE LLC., CAPITAL ONE SERVICES LLC.<br><br>Defendants. | **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**<br><br>Case No: 11 CV. 1500<br><br>**Hon. John G. Koeltl**<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/27/2011 |

------------------------------------------------------------------X

## ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

Upon the application of the plaintiff(s) Ranvir Yadav, Veena Yadav, Priyanka Yadav, Sidharth Yadav, Surender Ahluwalia and Deepak Seth, by and through their attorneys Napoli Bern Ripka, LLP, the Affidavit of Adam Gana sworn to on April 25, 2011, the Clerk's Certificate of Ruby J. Krajick certified on April 25, 2011, and the exhibits attached thereto, it is hereby:

ORDERED that Rajeev "Roger" Punj (defendant) show cause before the Honorable John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY, at Room 12B, on May 13, 2011, at 10°° o'clock A.M. thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure.

The defendant is advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against him, in which event the defendant will have no trial. _The defendant plaintiff shall serve this Order of Show Cause on defendant Rajeev "Roger" Punj by April 29, 2011._

The plaintiff shall file proof of service of this Order to Show Cause by May 6, 2011.

So ordered.
New York, NY
April 26, 2011

_[signature]_
U.S.D.J.

1