*Roburt S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANVIR YADAV, VEENA YADAV,
PRIYANKA YADAV, SIDHARTH YADAV,
SURENDER AHLUWALIA, and DEEPAK
SETH

       Plaintiffs,

       v.

RAJEEV A/K/A "ROGER" PUNJ, RICHARD
E. KAPLAN, ROSENTHAL COLLINS
GROUP LLC, UBS FINANCIAL SERVICES
INC., ADLER 747, INC., SMW TRADING
COMPANY INC., FC STONE LLC,
CAPITAL ONE SERVICES LLC,

       Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4-28-11

11 cv 1500 (JK)

**STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND**
**TO THE COMPLAINT**

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs

and defendant UBS Financial Services Inc. ("UBS") that the time within which UBS must

answer, move or otherwise response to plaintiffs' complaint is hereby extended from April 25,

2011 to and including May 27, 2011. No prior request for an extension of time to respond to the

complaint has been made by UBS. Facsimile or scanned signatures shall be deemed originals for

the purposes of this Stipulation, which may be signed in counterpart.

Dated: April 22, 2011
      New York, NY

                    Respectfully submitted,

**NAPOLI BERN RIPKA LLP**

By: _____
    Adam J. Gana
    350 Fifth Avenue, Suite 7413
    New York, New York 10118
    (212) 267-3700
    agana@nbrlawfirm.com

**REED SMITH LLP**

By: _____
    Seth M. Kean
    599 Lexington Avenue
    New York, New York 10022
    (212) 521-5400
    skean@reedsmith.com

**SO ORDERED:**

_____
U.S.D.J.

4/27/11

Mary Hackett
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288 3131
mhackett@reedsmith.com

SO ORDERED:

_____
United States District Judge

_____
Date

-2-