Koeltl,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RANVIR YADAV, VEENA YADAV, PRIYANKA
YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA
and DEEPAK SETH,                                     :   11 cv 1500 (JGK)
                        Plaintiffs,                  :
                                                     :   ECF Case
        v.                                           :   **STIPULATION**
RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN,        :
ROSETHENTHAL COLLINS GROUP LLC., UBS                 :
FINANCIAL SERVICES, INC., ADLER 747, INC., SMW       :
TRADING COMPANY INC., FC STONE LLC., CAPITAL         :
ONE SERVICES LLC,                                    :
                        Defendants.                  :
--------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time within which defendant Capital One Services LLC shall answer, move with respect to, or otherwise respond to the complaint in this action is extended from April 27, 2011 to and including May 27, 2011.

Dated:  New York, New York
        April 27, 2011

| **NAPOLI BERN RIPKA LLP** | **HUNTON & WILLIAMS LLP** |
|---|---|
| By: _____<br>Adam J. Gana<br>350 Fifth Avenue, Suite 7423<br>New York, NY 10118<br>(212) 267-3700<br>agana@nbr.com<br><br>*Attorneys for Plaintiffs* | By: _____<br>Brian V. Otero<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166<br>(212) 309-1000<br>botero@hunton.com<br><br>*Attorneys for Defendant<br>Capital One Services LLC* |

SO ORDERED:

_____
Honorable John G. Koeltl, U.S.D.J.

5/3/11

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/11