UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANVIR YADAV, et al.,

                       Plaintiff

              -against-

RAJEEV a/k/a "ROGER" PUNJI, et al.,
                       Defendants.
-----------------------------------------------------------X

11 civ 1500 (JGK)

## ORDER

The default against defendant Punji is hereby vacated.

The time for the defendant Rajeev "Roger" Punji to respond to the complaint is extended to **May 27, 2011.**

**SO ORDERED.**

                                              JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 13, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2011