UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA AND DEEPAK SETH | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO **F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiffs, | Case No: 11 CV. 1500 |
| v. | Hon. John G. Koeltl |
| RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN, ROSETHENTHAL COLLINS GROUP LLC., UBS FINANCIAL SERVICES INC., ADLER 747, INC., SMW TRADING COMPANY INC., FC STONE LLC., CAPITAL ONE SERVICES LLC. | |
| Defendants. | |

-----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Ranvir Yadav, Veena Yadav, Priyanka Yadav, Sidharth Yadav, Surender Ahluwalia and Deepak Seth, by and through their attorneys Napoli Bern Ripka, LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant UBS Financial Services, Inc.

Dated: New York, New York
       May 26, 2011

                                                      Respectfully Submitted,
                                                     NAPOLI BERN RIPKA LLP

                                                     _____
                                                     Adam J. Gana
                                                     NAPOLI BERN RIPKA LLP
                                                     350 Fifth Avenue
                                                     New York, New York 10018
                                                     (212) 267-3700
                                                     *Attorneys for Claimants*