UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RANVIR YADAV, VEENA YADAV, PRIYANKA
YADAV, SIDHARTH YADAV, DISHARTH
AULUWALIA, and DEEPAK SETH                              Civil No. 11-cv-1500

       Plaintiffs                                      Judge John Koeltl

  v.                                                   **NOTICE OF MOTION TO
                                                        STAY ANSWER AND DISCOVERY
                                                        PROCEEDINGS**

RAJEEV ("ROGER") PUNJ, ET. ALS

       Defendants

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Scott K. Turner in support of a Motion to Stay Answer and Discovery Proceedings pursuant to Fed. R. Civ. P. 26, the accompanying Memorandum of Law of Defendant Punj, by his counsel, Turner Independent Law Firm, P.C., will move this Court before the Honorable John Koeltl, at the United States Courthouse, 500 Pearl St., New York, NY 10007, at a time and place to be determined by the court, for an order to Stay Defendant's Answer and Discovery Proceedings pending the resolution of an overlapping criminal case in Suffolk County, NY.

Dated: New York, NY                      Turner Independent Law Firm, P.C.
       May 26, 2011

                                        By_____/s/Scott K. Turner_
                                            Scott K. Turner
                                            295 Greenwich St., #535
                                            New York, NY 10007
                                            212-457-0094

                                            *Attorney for Defendant Rajeev ("Roger") Punj*