*Koeltl, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANVIR YADAV, VEENA YADAV, PRIYANKA | NOTICE OF VOLUNTARY
YADAV, SIDHARTH YADAV, SURENDER | DISMISSAL PURSUANT TO
AHLUWALIA AND DEEPAK SETH | F.R.C.P. 41(a)(1)(A)(i)

                Plaintiffs,       Case No: 11 CV. 1500

v.       Hon. John G. Koeltl

RAJEEV A/K/A "ROGER" PUNJ, RICHARD E. KAPLAN,
ROSETHENTHAL COLLINS GROUP LLC., UBS
FINANCIAL SERVICES INC., ADLER 747, INC., SMW
TRADING COMPANY INC., FC STONE LLC., CAPITAL
ONE SERVICES LLC.
                Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Ranvir Yadav, Veena Yadav, Priyanka Yadav, Sidharth Yadav, Surender Ahluwalia and Deepak Seth, by and through their attorneys Napoli Bern Ripka, LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant UBS Financial Services, Inc.

Dated: New York, New York
       May 26, 2011

Respectfully Submitted,
NAPOLI BERN RIPKA LLP

SO ORDERED.

_____
U.S.D.J.
5/31/11

_____
Adam J. Gana
NAPOLI BERN RIPKA LLP
350 Fifth Avenue
New York, New York 10018
(212) 267-3700
*Attorneys for Claimants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11

1