UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA AND DEEPAK SETH<br><br>        Plaintiffs,<br><br>v.<br><br>RAJEEV A/K/A "ROGER" PUNJ<br><br>        Defendant. | **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**<br><br>Case No: 11<br><br>Hon. John G. |

-----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2011

## ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

Upon the application of the plaintiff(s) Ranvir Yadav, Veena Yadav, Priyanka Yadav, Sidharth Yadav, Surender Ahluwalia and Deepak Seth, by and through their attorneys Napoli Bern Ripka, LLP, the Affidavit of Adam Gana sworn to on June 7, 2011, the Clerk's Certificate of Ruby J. Krajick certified on June 7, 2011, and the exhibits attached thereto, it is hereby:

ORDERED that Rajeev "Roger" Punj show cause before the Honorable John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY, at Room 12B, on June 24, 2011, at 2:30 P.M. o'clock ~~A.M.~~ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure.

The defendant is advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against him, in which event the defendant will have no trial.

Plaintiff shall serve this Order to Show Cause on Scott Turner of Independent Law Firm, P.C. via email and regular U.S. mail by June 15, 2011.

Plaintiff shall file proof of service of this Order to Show Cause by June 22, 2011.

SO ORDERED.

Dated: New York, New York
   June 13, 2011

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

1

The defendant is advised that failure to respond to this order to show cause may be grounds for a default judgment being entered against it, in which event the defendant will have no trial.

The plaintiff shall file proof of service of this order to show cause by June 22, 2011

SO ORDERED:

_____
U.S.D.J.

6/13/11