Koeltl, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| RANVIR YADAV, VEENA YADAV, PRIYANKA YADAV, SIDHARTH YADAV, SURENDER AHLUWALIA AND DEEPAK SETH | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Plaintiffs, | Case No: 11 CV. 1500 (JGK) |
| v. | Hon. John G. Koeltl |
| RAJEEV A/K/A "ROGER" PUNJ, SMW TRADING COMPANY INC. | |
| Defendants. | |

-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Ranvir Yadav, Veena Yadav, Priyanka Yadav, Sidharth Yadav, Surender Ahluwalia and Deepak Seth, by and through their attorneys Napoli Bern Ripka, LLP, hereby give notice that the Plaintiffs and defendant SMW Trading Company, Inc. ("SMW") settled the above-captioned action and the action is voluntarily dismissed, with prejudice, against the defendant SMW Trading Company, Inc.

Dated: New York, New York
June 17, 2011

Respectfully Submitted,
NAPOLI BERN RIPKA LLP

_____
Adam J. Gana
NAPOLI BERN RIPKA LLP
350 Fifth Avenue
New York, New York 10018
(212) 267-3700
*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/21/11

SO ORDERED:
6/20/11
_____
U.S.D.J.

1