United States District Court
Southern District of New York

_____

RANVIR YADAV, ET AL.,                          11 Civ. 1500 (JGK)

                        Plaintiffs,                    ORDER

        - against -

RAJEEV PUNJ, ET AL.,

                        Defendants.

_____

JOHN G. KOELTL, District Judge:

        Defendant Punj's response to the order to show cause is due

June 29, 2011.  The plaintiffs' reply is due July 1, 2011.  The

plaintiffs should promptly provide courtesy copies of the fully

briefed motion to the Court.  Defendant Punj should provide

courtesy copies of the fully briefed motion for a stay by June

27, 2011.

SO ORDERED.

Dated:    New York, New York
          June 2️4️, 2011

                                              John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED _____6/27/11____