UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
YADAV,

                Plaintiff(s),

          -against-

PUNJ,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 1500 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, September 1, 2011,** in Courtroom 12B, at 4:30pm, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
         August 9, 2011

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2011